STATE OF MONTANA, Plaintiff, vs. MARK RAY FRITZ, Defendant.

## DECISION

No. DC-82-043

The application of the above-named defendant for a review of the sentence of 5 years for theft imposed on March 24, 1982, was fully heard and after a careful consideration of the entire matter it is decided that:

The Defendant wishes to withdraw his petition for Sentence Review. The petition will be considered no further by the Sentence Review Division.
DATED this 13th day of May, 1982.

SENTENCE REVIEW DIVISION
Leonard Langen, Chairman; Joseph Gary, James Wheelis